**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARY REED,<br><br>           Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | **Case No.  1:15-cv-01448-EPG**<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

   On September 23, 2015, Plaintiff Mary Reed filed a complaint asking that the Court review a decision by the Defendant Commissioner of Social Security denying her Social Security benefits.  (ECF No. 1.)  The Court set oral argument on the matter for February 1, 2017 at 2:00 p.m.  (ECF No. 16.)  Notice was provided to both parties and the parties were informed that telephonic appearances would be granted.

   The Court held a hearing on the matter on February 1, 2017 at 2:00 p.m.  Young Cho appeared telephonically for Plaintiff.  Defendant failed to appear for the hearing and did not file any requests for a continuance or otherwise notify the Court that she would not be able to appear.  Accordingly, the Court orders that Defendant show cause why sanctions should not be issued for failure to comply with this Court's orders.

   No later than **February 8, 2017**, Defendant is ORDERED file a written response to this

1

Order to Show Cause explaining her failure to appear at the hearing on February 1, 2017.

**Defendant cautioned that failure to respond to this Order as set forth above may result in sanctions.**

In addition, the Court CONTINUES the hearing on the matter to **February 9, 2017** at **2:00 p.m.** The parties should be prepared to address all arguments raised in Plaintiff's briefing. Defendant should also be prepared to further address her failure to appear, if necessary.

IT IS SO ORDERED.

Dated:   **February 1, 2017**        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE