UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY REED,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | **Case No. 1:15-cv-01448-EPG**<br><br>**FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT; ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(ECF No. 18) |

    This matter is before the Court on Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c) with any appeal to the Court of Appeals for the Ninth Circuit. (ECF Nos. 7, 9.)

    On February 1, 2017, the Court issued an Order to Show Cause regarding Defendant's failure to appear at the hearing on this matter, previously set for February 1, 2017 at 2:00 p.m. (ECF No. 18.) Defendant filed a declaration in response to the Order to Show Cause (ECF No. 19) and further explained her failure to appear at the continued hearing on February 9, 2017. The Court accepts Defendant's explanation and DISCHARGES the Order to Show Cause.

    At the hearing on February 9, 2017, the Court further heard from the parties and, having

1  reviewed the record, administrative transcript, the briefs of the parties, the applicable law, and
2  having heard oral argument, finds as follows:
3     For the reasons announced by the Court on the record at the conclusion of the parties' oral
4  argument on February 9, 2017, the Court finds that the decision of the Commissioner of Social
5  Security is supported by substantial evidence and free from clear legal error. Accordingly, the
6  Court DENIES Plaintiff's appeal from the administrative decision of the Commissioner of Social
7  Security. The Clerk of the Court is DIRECTED to enter judgment in favor Defendant Nancy A.
8  Berryhill, Acting Commissioner of Social Security and against Plaintiff Mary Reed.
9
   IT IS SO ORDERED.
10
11     Dated:   **February 10, 2017**          /s/ Erica P. Grosjean
12                                             UNITED STATES MAGISTRATE JUDGE